# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLEA FRAZER, | Case No. 1:22-cv-00410-JLT-SAB |
| Plaintiff, | ORDER RE: SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |
| v. | |
| LOWE'S HOMES CENTERS, LLC, | (ECF No. 8) |
| Defendant. | |

Plaintiff initiated this action on April 7, 2022. (ECF No. 1.) On June 16, 2022, the parties stipulated to extend the time for Defendant to answer the complaint pursuant to Local Rule 144. (ECF No. 7.) The initial scheduling conference is currently set for August 30, 2022. (See ECF No. 6.)

On July 8, 2022, the parties filed a second stipulated request to extend the deadline for Defendants to respond to the complaint. (ECF No. 8.) The parties request a thirty-one-day extension to permit conservation of time and resources while the parties discuss potential resolution of this action. They further proffer no pending dates will be affected and no party will be prejudiced by the extension. The Court finds good cause exists to grant the parties' request.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for Defendant to file a response to the complaint is extended to

**August 15, 2022**;

2. The scheduling conference shall remain set for August 30, 2022, as set forth in the Court's order at ECF No. 6; and

3. The parties are reminded they shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**July 8, 2022**__

UNITED STATES MAGISTRATE JUDGE