# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLEA FRAZER,<br><br>    Plaintiffs,<br><br>  v.<br><br>LOWE'S HOMES CENTERS, LLC,<br><br>    Defendant. | Case No. 1:22-cv-00410-JLT-SAB<br><br>ORDER VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 20)<br><br>**DEADLINE: JUNE 15, 2023** |

On May 3, 2023, the parties filed a notice of settlement of this action. (ECF No. 20.) "Upon such notification of . . . resolution of an action . . . the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." L.R. 160(b). The parties request a deadline of June 15, 2023, to file dispositional documents, indicating Plaintiff is a Medicare beneficiary and therefore the parties anticipate there is a statutory lien which may take some time to receive. The Court finds good cause to set the deadline as requested.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and
2. The parties shall file dispositional documents **on or before June 15, 2023**.

IT IS SO ORDERED.

Dated: __May 4, 2023__    _____
UNITED STATES MAGISTRATE JUDGE