# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLEA FRAZER,<br><br>           Plaintiff,<br><br>     v.<br><br>LOWE'S HOMES CENTERS, LLC,<br><br>           Defendant. | Case No. 1:22-cv-00410-JLT-SAB<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 20, 21, 22)<br><br>**EXTENDED DEADLINE: JULY 31, 2023** |

On May 3, 2023, the parties filed a notice of settlement of this action. (ECF No. 20.) "Upon such notification of . . . resolution of an action . . . the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause." L.R. 160(b). The parties initially requested a deadline of June 15, 2023, to file dispositional documents, indicating Plaintiff is a Medicare beneficiary and that the parties anticipated there is a statutory lien which may take some time to receive. The Court found good cause to set the deadline on June 15, 2023, as requested. (ECF No. 21.) On June 12, 2023, the parties filed a status report indicating that Plaintiff's counsel is awaiting the statutory lien from Kaiser Permanente, or written confirmation that there is no lien asserted, and that Defendant cannot issue settlement checks until final confirmation is received regarding the final amount of its lien. (ECF No. 22 at 1-2.) The parties

1

request an extension of at least 30 days to file dispositional documents. Given the parties initially alerted the Court of this potential delay, and filed the instant request well before the deadline, the Court finds good cause to extend the deadline, and shall extend the deadline for a period of 45 days.

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED and the parties shall file dispositional documents **on or before July 31, 2023**.

IT IS SO ORDERED.

Dated:  **June 12, 2023**

UNITED STATES MAGISTRATE JUDGE