# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLEA FRAZER,<br><br>  Plaintiff,<br><br>  v.<br><br>LOWE'S HOMES CENTERS, LLC,<br><br>  Defendant. | Case No. 1:22-cv-00410-JLT-SAB<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS IN PART<br><br>(ECF Nos. 26, 27)<br><br>**EXTENDED DEADLINE: OCTOBER 5, 2023** |

Following the granting of an extension of time, the deadline to file dispositional is currently set for September 14, 2023. (ECF No. 26.) On September 14, 2023, the parties filed a status report containing a stipulated motion to continue the deadline to file dispositional documents for a period of at least forty-five (45) additional days because the parties are continuing efforts to secure the final statutory lien from Plaintiff's federal health plan, in order to finalize the settlement of this matter. (ECF No. 27.)

Although the Court previously extended the period of time to file dispositional documents in order to obtain the statutory lien, at end, it appears the securing of the statutory lien relates to finalizing the settlement amount and the issuance of the settlement check. The Court generally does not keep matters open that have in fact reached a settlement agreement, but are only waiting for settlement funds or other tangential matters to be resolved relating to the settlement funds.

1  Accordingly, the Court shall grant the request in part, allowing for an additional twenty-one (21)
2  days to file dispositional documents in line with the Local Rule.  See L.R. 160(b).  If the parties
3  maintain they need additional time, the parties shall submit a renewed request that describes why
4  this matter must be held open, if the parties have in fact reached a final settlement agreement and
5  are only waiting for the statutory lien to resolve the final amount of the settlement check.

6      Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED IN
7  PART and the parties shall file dispositional documents **on or before October 5, 2023**.

8  
9  IT IS SO ORDERED.

10  Dated:   **September 15, 2023**   _____
              UNITED STATES MAGISTRATE JUDGE